### THEOPHILUS A. ODOM v. THE EQUITABLE LIFE ASSURANCE SOCIETY.

(Filed 11 April, 1934.)

Appeal by defendant from *Grady, J.,* at October Term, 1933, of Sampson.

Civil action to recover on total and presumably permanent disability clauses in a number of life insurance policies.

Upon denial of liability and issues joined, there was a verdict and judgment for plaintiff, from which the defendant appeals, assigning errors.

*P. D. Herring and Butler & Butler for plaintiff.*
*Faircloth & Fisher and S. Brown Shepherd for defendant.*

Per Curiam. The record contains no exceptive assignment of error upon which a new trial could be ordered or a reversal based. It results, therefore, that the trial will remain undisturbed. *Mitchell v. Assurance Society,* 205 N. C., 721; *Short v. Ins. Co.,* 194 N. C., 649, 140 S. E., 302.

No error.